# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel.<br>BETTY TAYLOR, et al.,<br><br>　　　　**Plaintiffs,**<br><br>v.<br><br>DICKINSON OF TULSA, INC., an<br>Oklahoma for Profit Corporation doing<br>business as Career Point College, et al.<br><br>　　　　**Defendants.** | Case No. 17-CV-0377-CVE-JFJ |

## ORDER TO SHOW CAUSE

On June 29, 2017, eight relator plaintiffs filed this qui tam action alleging that defendants were engaged in a scheme to cause students to incur federal student loans with little likelihood that the loans would ever be repaid. Dkt. # 2. The United States of America declined to intervene and the case was unsealed. Dkt. ## 9, 10. On August 29, 2018, the relator plaintiffs were directed to serve the defendants and, Fed. R. Civ. P. 4(m), the relator plaintiffs had 90 days to serve defendants. Dkt. # 10, at 1. The relator plaintiffs' deadline to serve defendants was November 27, 2018, and no returns of service have been filed by the relator plaintiffs.

**IT IS THEREFORE ORDERED** that the relator plaintiffs are directed to show cause no later than **January 25, 2019** why this case should not be dismissed for failure to timely serve defendants in violation of Fed. R. Civ. P. 4(m).

**DATED** this 11th day of January, 2019.

CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE